PASCUAL, Respondent, v. RODRIGUEZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Benedicto Pascual against Jose Rodriguez and Manuel Suarez. No opinion. Motion denied, without prejudice to move

at the next term of court in case the return be not filed.